UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 6, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ROBERT COOPER, )<br>)<br>Defendant. ) | Case No. 2:13-cr-00123-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, ROBERT COOPER, Case No. 2:13-cr-00123-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   _X_   Release on previously imposed supervised release conditions.

   ___   Bail Posted in the Sum of: $

        ___   Co-Signed Unsecured Appearance Bond

        ___   Secured Appearance Bond

   _X_   (Other) <u>Conditions as stated on the record.</u>

   ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _6/6/2017_ at _2:15 p.m._

By _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge